UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LUC BURBON,

                        Plaintiff,                    *Civil Action No.*

    -against-                                **1:21-cv-2832-AMD-MMH**

ALLDECOR LLC,

                        Defendants.

-----------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

      PLEASE TAKE NOTICE that Plaintiff, LUC BURBON, and Defendant ALLDECOR LLC hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

      Dated: August 9, 2021

                                                                       By: _____
                                                                         Bradly G. Marks
                                                                         The Marks Law Firm, PC
                                                                         54 W 40th Street, Ste 1131
                                                                         New York, NY 10018
                                                                         T:(646) 770-3775